IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**BENITA VILLATORO**                                                                  **PLAINTIFF**

V.                              **CASE NO. 2:24-CV-2152**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 22) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated December 17, 2025, regarding the Motion for Attorney's Fees (Doc. 19) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 19) is **GRANTED**, and the Plaintiff is awarded the sum of **$9,127.40**. This amount represents 3.10 attorney hours at an hourly rate of $245.00 for work performed in 2024, 32.70 attorney hours at an hourly rate of $252.00 for work performed in 2025, and 1.70 paralegal hours at a rate of $75.00 per hour.

**IT IS SO ORDERED** on this 5th day of January, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE